**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Rojo-Castaneda

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>                    Plaintiff,                        )<br>                                                               )<br>v.                                                           )<br>                                                               )<br>JUAN ROJO-CASTANEDA,                )<br>                                                               )<br>                    Defendant.                    )<br>_____) | Case No. 08MJ8013-PCL<br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                      Respectfully submitted,


Dated: January 11, 2008                           */s/  Norma Aguilar*
                                                                      **NORMA AGUILAR**
                                                                      Federal Defenders of San Diego, Inc.
                                                                      Attorneys for Mr. Rojo-Castaneda
                                                                      Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 11, 2008                    /s/ *Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Norma_Aguilar@fd.org