FILED

08 FEB -6 PM 3: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0303 BEN |
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| JUAN ALONSO ROJO-CASTANEDA, | |
| Defendant. | |

The grand jury charges:

On or about January 9, 2008, within the Southern District of California, defendant JUAN ALONSO ROJO-CASTANEDA did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 168 kilograms (369 pounds), of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 6, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:fer:Imperial
2/5/08