UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0303 -BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JUAN ROJO-CASTENADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Carlos Arguello, Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101
    Carlos_Arguello@usdoj.gov

Dated: March 18, 2008          */s/ Norma Aguilar*
                                              **NORMA A. AGUILAR**
                                              Federal Defenders 225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467 (tel) (619) 687-2666 (fax)
                                              E-mail: Norma_Aguilar@fd.org