1   **NORMA A. AGUILAR**
    California State Bar No. 211088
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3   San Diego, California 92101-5008
    Telephone: (619) 234-8467
4   E-mail: norma_aguilar@fd.org

5   Attorneys for Mr. Rojo Castaneda

6

7

**FILED**

**MAY 1 6 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 (HONORABLE ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,            )   CASE NO. 08CR303 -BEN
                                         )
12                      Plaintiff,       )   DATE: JUNE 16, 2008
                                         )   TIME: 2:00 P.M.
13  v.                                   )
                                         )
14  JUAN ROJO-CASTANEDA                  )
                                         )
15                      Defendant.       )   **ACKNOWLEDGMENT OF NEXT**
                                         )   **COURT DATE**
16  _____     )

17      I, Juan Rojo-Castaneda, the defendant named in the above-captioned case, hereby acknowledge

18  that the next court date in this matter is set for June 16, 2008 at 2:00 p.m., before the Honorable Roger

19  T. Benitez, United States District Court, Southern District of California at San Diego, California.

20      I so declare.

21

22  Dated: 05-15-08

23                                          JUAN ROJO CASTANEDA
                                            Defendant
24

25

26

27

28