1  NORMA A. AGUILAR
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: norma_aguilar@fd.org

5  Attorneys for Mr. Rojo-Castaneda

8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10          (HONORABLE PETER C. LEWIS)

11 | UNITED STATES OF AMERICA,  ) CASE NO. 08CR0303-BEN
12 |        Plaintiff,           )
13 | v.                          )
14 | JUAN ROJO-CASTANEDA,        )
                                 ) ACKNOWLEDGMENT BY
15 |        Defendant.           ) DEFENDANT AND
                                 ) CONSENT OF SURETY
16 |_____ )

17 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
       CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY; AND
18     RYAN ALEJANDRIA AND DAVE HORTON, PRETRIAL SERVICES OFFICER.

19     I, Juan Rojo-Castaneda, acknowledge that I will abide by all conditions of pre-trial
20 release as previously set and that I consent to and agree to abide by a modification of my terms
21 as follows:

22     The travel condition be expanded to permit Mr. Rojo-Castaneda to travel throughout the
       United States for work. Mr. Rojo-Castenada must provide verification to the pretrial
23     officer.

24
25 07-03-08                              _____
   Date                                  JUAN ROJO-CASTANEDA, Defendant
26 //
27 //
28 //

                                                                        08CR0303-BEN

1  Further:

2  I, the surety in the above-captioned case, consent to the modification of the conditions of
3  release for Juan Rojo as set forth above. I further understand that all other terms and conditions
4  remain unchanged, and I remain subject to the same penalties and sanctions.

5

6  7/03/08
7  Date                                    GRISELDA ROJO, Surety

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08CR0303-BEN