UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JUAN ROJO-CASTANEDA,<br><br>             Defendant. | Case No. 08CR0303-BEN<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Carlos Arguello, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Ryan Alejandria and Dave Horton, United States Probation Officer
101 W. Broadway, Ste. 700
San Diego, CA  92101

Dated: July 7, 2008

 /s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: norma_aguilar@fd.org