1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  E-mail: norma_aguilar@fd.org

5  Attorneys for Mr. Rojo-Castaneda

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                      **(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0303-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION FOR MODIFICATION OF BOND |
| **JUAN ROJO-CASTANEDA,** | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that bond conditions be modified as set forth herein. Mr. Rojo-Castaneda is a tractor-trailer driver and in that capacity must travel throughout California and outside of California for work. Thus, he moves this Court to expand the travel condition to allow him to travel throughout the United States, so long as he verifies the purposes of his trips with the pre-trial services officer. Undersigned counsel spoke to both pretrial services officers in Mr. Rojo's case. Mr. Rojo is in full compliance with the conditions of the bond. The pretrial services officer has no objection to such modification. The sureties and the defendant have signed an acknowledgment accepting such modification.

//
//
//
//

**Thus,** it is stipulated that the bond be modified as follows:

The travel condition be expanded to permit Mr. Rojo-Castaneda to travel throughout the United States for work. Mr. Rojo-Castenada must provide verification to the pretrial officer.

Dated: July 11, 2008  /s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant Rojo-Castaneda

Dated: July 11, 2008  /s/ Carlos Arguello
**CARLOS ARGUELLO**
Assistant United States Attorney