UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR0303-BEN |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JUAN ROJO-CASTANEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of her information and belief, and that a copy of the foregoing has been electronically served

this day upon:

Carlos Arguello, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Dated: July 11, 2008

 */s/ Norma A. Aguilar*
**NORMA A. AGUILAR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: norma_aguilar@fd.org