UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0303-BEN |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **JUAN ROJO-CASTANEDA,** | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond in this case be modified as follows:

The travel condition be expanded to permit Mr. Rojo-Castaneda to travel throughout the United States for work. Mr. Rojo-Castenada must provide verification to the pretrial officer.

**SO ORDERED.**

Dated: July 15, 2008

_____
**HONORABLE PETER C. LEWIS**
United States Magistrate Judge