MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

| USA | VS | JUAN ALONSO ROJO-CASTANEDA (1) |

X Plaintiff ___ Defendant ___ Court    Type of Hearing: EVIDENTIARY HEARING

Case Number: 08CR0303-BEN

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | July 23, 2008 | July 23, 2008 | ENLARGED MAP OF SOUTHERN CALIFORNIA |
| 2 | July 23, 2008 | July 23, 2008 | PHOTO OF HIGHWAY 86 CHECKPOINT TAKEN BY GOVT WITNESS FREDDIE CARTERO |
| 3 | July 23, 2008 | July 23, 2008 | PHOTO OF HIGHWAY 86 CHECKPOINT TAKEN BY GOVT WITNESS FREDDIE CARTERO |
| 4 | July 23, 2008 | July 23, 2008 | PHOTO OF HIGHWAY 86 CHECKPOINT TAKEN BY GOVT WITNESS FREDDIE CARTERO |
| 5 | July 23, 2008 | July 23, 2008 | PHOTO OF HIGHWAY 86 CHECKPOINT TAKEN BY GOVT WITNESS FREDDIE CARTERO |
| 6 | July 23, 2008 | July 23, 2008 | PHOTO OF HIGHWAY 86 CHECKPOINT TAKEN BY GOVT WITNESS FREDDIE CARTERO |
| 7 | July 23, 2008 | July 23, 2008 | PHOTO OF TRACTOR TRAILER |
| 8 | July 23, 2008 | July 23, 2008 | PHOTO OF REAR DOORS OF TRACTOR TRAILER |
| 9 | July 23, 2008 | July 23, 2008 | PHOTO OF WHITE CRATES INSIDE TRACTOR TRAILER |
| 10 | July 23, 2008 | July 23, 2008 | CERTIFICATION LETTERS RE: K-9 DOG AND K-9 HANDLER |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |